**MAY 13, 1953**

*United States* v. *Douglas Paper Co., et al.* (No. 4775).—Paper cut to shape—Toilet paper.

**SEPTEMBER 28, 1953**

*Terrazzo & Marble Supply Co., Inc.* v. *United States* (No. 4784).—Colored glass article (Smalti)—enamel glass tiles or tiling—Commercial designation.

**MARCH 23, 1954**

*United States* v. *Modern Food Products Co., et al.* (No. 4804).—Vegetables prepared—Seaweed.

**NOVEMBER 2, 1952**

*Garcia & Vega, Inc.* v. *United States* (No. 4725).[1]—Tobacco waste—Refund of duties.

---

[1] Publication omitted in volume 40 (Customs).